Dismissed and Opinion filed August 29, 2002









Dismissed and Opinion filed August 29, 2002.

 




 
 
 
  
 
 
 




In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00805-CV

____________

 

U.S. FIRE PROTECTION, INC., Appellant

 

V.

 

ACT PIPE & SUPPLY, INC., Appellee

 



 

On
Appeal from the 152nd District Court

Harris County, Texas

Trial
Court Cause No. 00-31563

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 2, 2002.  On August 19, 2002, appellant filed a motion
to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed August 29, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).